1  PHILLIP A. TALBERT
United States Attorney
2  LAUREL J. MONTOYA
Assistant United States Attorney
3  Robert E. Coyle Federal Courthouse
2500 Tulare Street
4  Fresno, CA 93721

5  (559) 497-4000

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO.  1:22-CR-00193-NODJ-BAM

12                     Plaintiff,               STIPULATION REGARDING EXCLUDABLE
                                                TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                v.                            ORDER

14  ROBERT ANTHONY MENDOZA, JR.,                DATE: February 28, 2024
                                                TIME: 1 p.m.
15                     Defendant.               COURT: Hon. Barbara A. McAuliffe

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on February 28, 2024 at 1 p.m.

21          2.      By this stipulation, the parties now move to set the matter for a change of plea hearing of

22  March 27, 2024, and to exclude time between February 28, 2024, and March 27, 2024, under Local

23  Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25                  a)      The discovery has been provided to the defense.

26                  b)      The government has provided a plea agreement to defense counsel.

27                  c)      Counsel for defendant needs time to conclude plea negotiations.  Counsel for

28  defendant believes that failure to grant the above-requested continuance would deny him/her the

1   reasonable time necessary for effective preparation, taking into account the exercise of due

2   diligence.

3         d)   Based on the above-stated findings, the ends of justice served by continuing the

4   case as requested outweigh the interest of the public and the defendant in a trial within the

5   original date prescribed by the Speedy Trial Act.

6         e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

7   et seq., within which trial must commence, the time period of February 28, 2024 to March 27,

8   2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

9   T4] because it results from a continuance granted by the Court at defendant's request on the basis

10   of the Court's finding that the ends of justice served by taking such action outweigh the best

11   interest of the public and the defendant in a speedy trial.

12       4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

13   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

14   must commence.

15       IT IS SO STIPULATED.

16

17   Dated:  February 23, 2024               PHILLIP A. TALBERT
                                    United States Attorney

18

19                                       /s/ LAUREL J. MONTOYA
                                    LAUREL J. MONTOYA

20                                       Assistant United States Attorney

21

22   Dated:  February 23, 2024               /s/ RICHARD BESHWATE, JR.

23                                       RICHARD BESHWATE, JR.

24                                       Counsel for Defendant
                                    ROBERT ANTHONY

25                                       MENDOZA, JR.,

26                   **[Remainder of this page intentionally left blank.]**

27

28

### ORDER

IT IS SO ORDERED that the status conference set for February 28, 2024, is vacated. A change of plea hearing is set for **March 27, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   __February 23, 2024__       ____/s/ *Barbara A. McAuliffe*____
UNITED STATES MAGISTRATE JUDGE