Richard A. Beshwate jr., Esq (#179782)
The Law Offices of Richard A. Beshwate. Jr.
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 266-5000

Attorney for Defendant Robert Mendoza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MENDOZA<br><br>Defendant. | No. 1:22-CR-00193-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF RICHARD BESHWATE AS ATTORNEY OF RECORD AND ORDER** |

CJA Panel Attorney Richard Beshwate was appointed as trial counsel to represent Mr. Robert Mendoza on **July 14, 2022** in his criminal case.  Mr. Robert Mendoza was sentenced pursuant to plea agreement on **August 26, 2024**. The time for filing a direct appeal has expired. No direct appeal was filed.   Mr. Robert Mendoza was in custody at sentencing. The trial phase of Mr. Mendoza`s  criminal case has, therefore, come to an end.   Having completed his representation of  Mr. Mendoza CJA attorney Richard Beshwate now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Mendoza require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

/////

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 24, 2024.                    Respectfully submitted,

                                              \s\ Richard A. Beshwate, Jr.
                                              Richard Beshwate, Attorney for
                                              Defendant, Robert Mendoza

**ORDER**

Having reviewed the notice and found that attorney Richard Beshwate has completed the services for which he was appointed, the Court hereby grants attorney Beshwate`s request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.[1]

IT IS SO ORDERED.

Dated:   **September 26, 2024**                    _____
                                                   UNITED STATES DISTRICT JUDGE

---

[1] The court notes that in his motion to terminate appointment counsel has not provided an address for defendant Mendoza. The court has checked the BOP locator and has determined that defendant Mendoza appears to not yet be in BOP custody. Accordingly, defendant's counsel is directed to serve a copy of this order on defendant Mendoza once his contact information appears on the BOP locator website.