## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY MENDOZA, JR.,<br><br>Defendant. | Case No.  1:22-cr-00193-DAD-BAM<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

A detention hearing as to Defendant Robert Anthony Mendoza, Jr. was held on July 8, 2022. (ECF No. 5.)  Defendant was ordered released with conditions, including a $2,000 cash bond. (ECF No. 7.)  On July 11, 2022, Diana Ayala posted a cash bond in the amount of $2,000 (Receipt # CAE100050878).  (ECF No. 6.)  The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 8 at 2.)

On March 27, 2024, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement.[1]  (ECF Nos. 41, 43, 44.)  On August 26, 2024, Defendant was sentenced to a custodial term of 30 months.  (ECF Nos. 64, 65.)  Defendant has reported to serve his sentence.[2]

---

[1] At this time, Defendant was in custody pursuant to a detention order following a violation of pretrial release. (ECF Nos. 58, 61.)

[2] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

Given Defendant has reported to serve his sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $2,000 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:  **July 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge