## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00193-DAD-BAM |
|---|---|
| Plaintiff, | ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| ROBERT ANTHONY MENDOZA, JR., | |
| Defendant. | |

A detention hearing as to Defendant Robert Anthony Mendoza, Jr. was held on July 8, 2022. (ECF No. 5.) Defendant was ordered released with conditions, including a $2,000 cash bond. (ECF No. 7.) On July 11, 2022, Diana Ayala posted a cash bond in the amount of $2,000 (Receipt # CAE100050878). (ECF No. 6.) The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 8 at 2.)

On March 27, 2024, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement. (ECF Nos. 41, 43, 44.) On August 26, 2024, Defendant was sentenced to a custodial term of 30 months. (ECF Nos. 64, 65.) Defendant has reported to serve his sentence. (See ECF No. 70.)

On July 10, 2025, the Court ordered the Government to show cause in writing why the bond should not be released to the surety. (ECF No. 69.) On July 15, 2025, the Government filed a non-opposition to the return of the bond to the surety. (ECF No. 70.)

1    The Court finds that Defendant has complied with the conditions of his bond and that no
2 conditions remain to be satisfied.
3    Accordingly, IT IS ORDERED THAT the $2,000 cash bond posted by Diana Ayala on
4 behalf of Robert Anthony Mendoza, Jr. is exonerated. The Clerk of Court is DIRECTED to serve
5 a copy of this order on the surety and return the $2,000 cash bond to the address on record.

IT IS SO ORDERED.

Dated:  **July 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2